UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
John P. Fazzio
5 Marine View Plaza, Suite 218
Hoboken, NJ 07030
201-529-8024
Attorney for Debtor

**Order Filed on December 5,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

| | |
|---|---|
| In Re: | Case No.:  19-23492-SLM |
| James A. Gilmartin | Chapter:  7 |
| | Hearing Date:  _____ |
| | *[Enter the hearing date]* |
| | Judge:  Stacey L. Meisel |

## ORDER GRANTING MOTION TO REINSTATE STAY

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*
**DATED: December 5, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The Chapter 7 Bankruptcy, case number 19-23492-SLM, is converted to Chapter 13 Bankruptcy for a period of 180 days.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.