| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 226472-11<br>Attorneys for Secured Creditor: Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2 | |
| In Re:<br><br>James A. Gilmartin | Case No.: 19-23492-SLM<br>Chapter 13<br><br>Hearing Date: February 26, 2020<br>Time: 8:30 a.m.<br><br>Judge: Stacey L. Meisel |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2 ("Secured Creditor"), by its counsel, Andrew M. Lubin, Esquire, of MILSTEAD & ASSOCIATES, LLC, states the following grounds as an Objection to Confirmation of Debtor's Chapter 13 Plan:

1.   On July 16, 2019, Debtor, James A. Gilmartin filed a petition pursuant to Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey.

2.   Secured Creditor is the holder of a first mortgage on real property owned by the Debtor known as and located at 131 Rock Road, Glen Rock, NJ 07452 (the "Property").

3.   Secured Creditor has not yet filed its Proof of Claim in this matter, but anticipates doing so shortly. As such, Secured Creditor reserves the right to supplement this objection.

4. As will be more fully set forth in the aforementioned proof of claim, as of the date of the filing of the instant Chapter 13 petition, total arrears due to Secured Creditor through the Plan at this time are anticipated to be approximately $161,543.25.

5. Debtor's Chapter 13 Plan proposes a sale of the property.

6. Secured Creditor objects to receiving less than a full payoff of its loan at the time of the sale of the property, unless a short sale has been approved in writing.

7. Secured Creditor objects in the event that Debtor is not current with adequate protection payments at the time of the confirmation hearing.

8. Secured Creditor objects if the Debtor has not filed an application to appoint a realtor by the time of the confirmation hearing.

9. Secured Creditor objects in the event that Debtor is not current with adequate protection payments at the time of the confirmation hearing.

WHEREFORE, Secured Creditor respectfully requests that the Court deny confirmation of the Chapter 13 Plan for the reasons hereinabove set forth.

DATED:  January 3, 2020

Respectfully submitted
MILSTEAD & ASSOCIATES, LLC

/s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Secured Creditor

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 226472-11<br>Attorneys for Secured Creditor: Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2 |
| In Re:<br><br>James A. Gilmartin |

Case No.: 19-23492-SLM
Chapter 13

Judge: Stacey L. Meisel

## CERTIFICATION OF SERVICE

1.  I, <u>Andrew M. Lubin, Esquire</u>:

    ☑ represent the <u>Secured Creditor</u> in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On January 3, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Objection to Confirmation of Chapter 13 Plan

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: January 3, 2020                                /s/   Andrew M. Lubin

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, New Jersey 07004 | Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| John P. Fazzio<br>164 Franklin Turnpike<br>Mahwah, NJ 07430 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| James A. Gilmartin<br>131 Rock Road<br>Glen Rock, NJ 07452 | Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.