UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

James A. Gilmartin

Case No.: _____19-23492-SLM_____

Chapter: _____13_____

Judge: _____Meisel_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: _Jonathan Stone_____

This will confirm that on _____01/03/2020_____ the following document(s) was filed by you.

☒　　Amendment to Schedule(s) _A/B, D, E/F, I and J_____,

☐　　Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒　　Declaration About an Individual Debtor's Schedules (106 Declaration)

☒　　An updated Summary of Your Assets and Liabilities and Certain Statistical Information
　　　(106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐　　Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐　　An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
　　　[Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: _01/06/2020_____

Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:
James A. Gilmartin                                                    Case No. 19-23492-SLM
        Debtor                                                        Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1         Date Rcvd: Jan 06, 2020
                           Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2020.
db              +James A. Gilmartin,   131 Rock Road,   Glen Rock, NJ 07452-2051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2020 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
            N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns
            ALT-A Trust 2007-2, Mortgage Pass-Through Certificate bkecf@milsteadlaw.com,
            alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
            Wilmington Trust, NA bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          John P. Fazzio    on behalf of Debtor James A. Gilmartin jfazzio@fazziolaw.com,
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5